UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HERMELIDIO CONTRERAS-CRUZ,

Petitioner,

v.

TODD LYONS, et al.,

Respondents.

Case No. CV 5:26-03902-RAO

JUDGMENT

Pursuant to the Order Denying Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is denied and this action is closed.

DATED: September 24, 2026

/s/

ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE